JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG CUNNINGHAM, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>vs.<br><br>NATIONWIDE BUSINESS RESOURCES, INC., and DOES 1 through 10, inclusive, and each of them,<br><br>    Defendant. | Case No. 2:16-cv-4542-MWF-KS<br><br>Assigned for All Purposes To:<br>Judge: Michael W. Fitzgerald<br>Ctrm: 1600<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Action Filed: June 22, 2016 |

    IT IS HEREBY ORDERED that pursuant to the Stipulation of named Plaintiff CRAIG CUNNINGHAM ("Plaintiff Cunningham") and Defendant NATIONWIDE BUSINESS RESOURCES, INC. ("Defendant") (Plaintiff Cunningham and Defendant shall be referred to collectively as the "Parties"), the entire above-captioned action ("Action") is dismissed with prejudice as to named Plaintiff Cunningham's individual claims, and without prejudice as to the putative class action claims alleged by Plaintiff Cunningham.

///

///

///

1

ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Carothers DiSante & Freudenberger LLP

1175720.1

Each Party shall bear its own attorneys' fees, costs, and expenses.

IT IS SO ORDERED.

Date: March 27, 2017

Honorable Michael W. Fitzgerald
United States District Court Judge